Joyce Joanne WOOLRIDGE,
Plaintiff–Appellant,

v.

SECURITAS SECURITY SERVICES
USA, INCORPORATED,
Defendant–Appellee.

No. 06–2275.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 27, 2007.

Joyce Joanne Woolridge, Appellant Pro Se. Robert G. Ames, Lesley Anne Pate, Venable, LLP, Washington, D.C., for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Joanne Woolridge appeals the district court's order granting the Defendant's motion to dismiss her civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Woolridge v. Securitas Sec. Servs. USA, Inc.,* No. 3:06–cv–00573–REP, 2006 WL 3424469 (E.D.Va. filed Nov. 21, 2006; entered Nov. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*